# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00255-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a motion for leave to file supplemental briefing and to continue the hearing set for June 10, 2016. Docket No. 32. This motion was filed in three cases raising substantially similar issues. For the reasons stated in the order issued concurrently herewith in *Bank of America v. Mountain Gate Homeowners' Association*, Case No. 2:16-cv-00540-JCM-NJK (D.Nev.), the pending motion is **GRANTED** in part and **DENIED** in part. The request for leave to file additional briefing is **GRANTED**, and such briefing shall be filed no later than June 8, 2016. The hearing set for June 10, 2016, is hereby **ADVANCED** to 1:00 p.m. on June 9, 2016, in Courtroom 3C. All requirements, including the personal appearance of Iyad Haddad, set forth in the order at Docket No. 31 apply to the advanced hearing.

IT IS SO ORDERED.

DATED: June 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge