1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   LAW OFFICES OF
3  MICHAEL F. BOHN, ESQ., LTD.
   376 East Warm Springs Road, Ste. 140
4  Las Vegas, Nevada  89119
   (702) 642-3113/ (702) 642-9766 FAX
5
   Attorney for defendant, Saticoy Bay LLC
6  Series 9157 Desirable

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 9157 DESIRABLE a/k/a SATICOY BAY LLC; TERRA WEST COLLECTIONS GROUP LLC d/b/a ASSESSMENT MANAGEMENT SERVICES,<br><br>Defendants. | Case No.: 2:16-cv-00255 |

**STIPULATION AND ORDER**

It is hereby stipulated and agreed, by and between plaintiff Bank of America, N.A., through its attorney, Tenesa S. Scaturro, Esq., and defendant Saticoy Bay LLC Series 9157 Desirable, by and through its attorney, Michael F. Bohn, Esq. that the defendant shall have until August 24, 2016 to file its response

1

1 to the plaintiffs motion to compel (ECF 44).

2    DATED this 15th day of August, 2016.

3 AKERMAN LLP                                              LAW OFFICES OF
                                                           MICHAEL F. BOHN, ESQ. LTD.

By: /s/ /*Tenesa S. Scaturro, Esq.*/                       By: /s/ /*Michael F. Bohn, Esq.* /
   Tenesa S. Scaturro, Esq.                                   MICHAEL F. BOHN, ESQ.
   1160 Town Center Drive, Ste. 330                           376 E. Warm Springs Rd., Ste. 140
   Las Vegas, NV 89144                                        Las Vegas, NV 8911 9
   Attorney for plaintiff Bank of America, N.A.               Attorney for defendant Saticoy Bay LLC

DENIED. See Local Rule IA 6-1(a) (request for extensions must state reasons for request).

IT IS SO ORDERED this 16th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ /*Michael F. Bohn, Esq.* /
   MICHAEL F. BOHN, ESQ.
   376 E. Warm Springs Rd., Ste. 140
   Las Vegas, NV 8911 9
   Attorney for defendant Saticoy Bay LLC

2