DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
           tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 9157 DESIRABLE a/k/a SATICOY BAY LLC; TERRA WEST COLLECTIONS GROUP LLC d/b/a ASSESSMENT MANAGEMENT SERVICES,<br><br>Defendants. | Case No.:  2:16-cv-0255-JCM-NJK<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and Saticoy Bay LLC Series 9157 Desirable a/k/a Saticoy Bay LLC (**Saticoy Bay**), stipulate and agree as follows:

1. Discovery in this case be stayed in light of the Ninth Circuit Court of Appeals recent ruling in *Bourne Valley*.

2. The parties agree to vacate any current depositions and stay any further discovery for a period of forty-five (45) days.

3. The parties will, within ten (10) days after the expiration of the stay, meet and confer and submit a stipulation and order setting forth a schedule to complete the remaining discovery.

1

4. The parties shall submit a status report to the court in sixty (60) days regarding the impact of the *Bourne Valley* decision, as well as any other precedential authority affecting the outcome of this case.

5. The parties make this stipulation in good faith and in the interests of judicial economy.

DATED this 22nd day of August, 2016.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| */s/ Tenesa S. Scaturro* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> TENESA S. SCATURRO, ESQ. <br> Nevada Bar No. 12488 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Plaintiff Bank of America, N.A.* | */s/ Michael F. Bohn* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> 376 E. Warm Springs Road, Suite 140 <br> Las Vegas, Nevada 89119 <br> *Attorneys for Saticoy Bay LLC Series 9157 Desirable a/k/a Saticoy Bay LLC* |

**IT IS SO ORDERED.**

Dated: September 1, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge