# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
|   Plaintiff, | Case No. 2:16-cv-0255-JCM-NJK |
| vs. | ORDER |
| TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION, et al., | (Docket Nos. 41, 44) |
|   Defendants. | |

Currently pending before the Court are Defendant Saticoy Bay's motion for a protective order, Docket No. 41, and Plaintiff Bank of America's opposition and counter-motion to compel, Docket No. 44. Because the Court has granted the parties' subsequent stipulation to stay discovery, Docket No. 48, these two motions are **DENIED** without prejudice. The parties may re-file updated motions, if necessary, within 14 days of the lifting of the stay, after engaging in a renewed meet and confer.

IT IS SO ORDERED.

Dated: September 2, 2016

NANCY J. KOPPE
United States Magistrate Judge