MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant, Saticoy Bay LLC
Series 9157 Desirable

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>    Plaintiff,<br><br>vs.<br><br>TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 9157 DESIRABLE a/k/a SATICOY BAY LLC; TERRA WEST COLLECTIONS GROUP LLC d/b/a ASSESSMENT MANAGEMENT SERVICES,<br><br>    Defendants. | Case No.: 2:16-cv-00255 |

**STIPULATION AND ORDER
FIRST REQUEST**

It is hereby stipulated and agreed, by and between plaintiff Bank of America, N.A., through its attorney, Tenesa S. Scaturro, Esq., and defendant Saticoy Bay LLC Series 9157 Desirable, by and through its attorney, Michael F. Bohn, Esq. that the defendant Saticoy Bay LLC Series 9157 Desirable shall have

1

until October 27, 2016 to file its response to the plaintiffs motion for summary judgment (ECF 50) which was filed on September 27, 2016.

This extension is agreed to at the request of counsel for defendant Saticoy Bay LLC Series 9157 Desirable to provide adequate time to respond to each of the plaintiffs positions in the plaintiffs motion for summary judgment.

This is the first requested extension.

DATED this 21st day of October, 2016.

| AKERMAN LLP | LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ. LTD. |
|---|---|
| By: /s/ /*Tenesa S. Scaturro, Esq.*/<br>Tenesa S. Scaturro, Esq.<br>1160 Town Center Drive, Ste. 330<br>Las Vegas, NV 89144<br>Attorney for plaintiff Bank of America, N.A. | By: /s/ /*Michael F. Bohn, Esq.* /<br>MICHAEL F. BOHN, ESQ.<br>376 E. Warm Springs Rd., Ste. 140<br>Las Vegas, NV 8911 9<br>Attorney for defendant Saticoy Bay LLC |

IT IS SO ORDERED October 25, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ /*Michael F. Bohn, Esq.* /
MICHAEL F. BOHN, ESQ.
376 E. Warm Springs Rd., Ste. 140
Las Vegas, NV 8911 9
Attorney for defendant Saticoy Bay LLC