# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-00255-JCM-NJK |
| vs. | ) ORDER |
| TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION, et al., | ) (Docket No. 59) |
| Defendant(s). | ) |

Pending before the Court is a stipulation to stay litigation pending resolution of petition(s) for *writ of certiorari* to the United States Supreme Court  Docket No. 59.  The Court is aware of those proceedings.  The United States District Judge assigned to this case is continuing to process this type of case.  Accordingly, the stipulation to stay litigation is DENIED.

IT IS SO ORDERED.

DATED: March 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge